DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SELLERS

No. 360P83.

Case below: 63 N.C. App. 199.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 September 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 September 1983.

STATE v. STEELE

No. 302P83.

Case below: 62 N.C. App. 145.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 September 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 September 1983.

STATE v. TEW

No. 291P83.

Case below: 62 N.C. App. 190.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 27 September 1983.

STATE v. THOMPSON

No. 305PA83.

Case below: 62 N.C. App. 38.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 27 September 1983. Notice of appeal dismissed 27 September 1983.

WOLFE v. CITY OF ASHEVILLE

No. 420P83.

Case below: 63 N.C. App. 568.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 27 September 1983.